# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ORNELAS, | CASE No. 1:12-cv-0499-LJO-MJS (PC) |
| Plaintiff, | |
| v. | VOLUNTARY DISMISSAL OF ACTION |
| KATHLEEN DICKINSON, et al., | (ECF No. 23) |
| Defendants. | CLERK SHALL CLOSE CASE |

Plaintiff Jorge Ornelas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated on April 6, 2012. (ECF No. 1.) On February 7, 2013, Plaintiff filed a notice with the Court asking that his action be voluntarily dismissed. (ECF No. 23.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

///
///
///

-1-

The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:     February 15, 2013                     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE