# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ORNELAS,<br><br>        Plaintiff,<br><br>    v.<br><br>KATHLEEN DICKINSON, et al.,<br><br>        Defendants. | CASE No. 1:12-cv-0499-LJO-MJS (PC)<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF No. 23)<br><br>CLERK SHALL CLOSE CASE |

Plaintiff Jorge Ornelas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated on April 6, 2012. (ECF No. 1.) On February 7, 2013, Plaintiff filed a notice with the Court asking that his action be voluntarily dismissed. (ECF No. 23.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

///
///
///

The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:     February 15, 2013                    /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE